KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
MANEESH SHARMA
Deputy Attorney General
State Bar No. 280084
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5553
 Fax:  (415) 703-1234
 E-mail:  Maneesh.Sharma@doj.ca.gov
*Attorneys for Defendant Matthew Cate*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PAUL HOA,** | C 12-2078 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE ON HEARING OF DEFENDANT MATTHEW CATE'S MOTION TO DISMISS UNDER RULE 12(B)6 AND FOR QUALIFIED IMMUNITY** |
| v. | |
| **MATTHEW CATE, et al.,** | |
| Defendants. | Date:  November 2, 2012<br>Time:  1:30 p.m.<br>Dept:  5<br>Judge:  The Hon. Edward M. Chen<br>Trial Date:  None<br>Action Filed:  April 25, 2012 |

At the request of Plaintiff's counsel, the parties, Plaintiff Paul Hoa and Defendants Matthew Cate, T. Gregory Stagnitto, Bridge Transport, Stag Leasing Inc., and David F. Lopez, by and through their respective counsel, stipulate that the hearing on Defendant Matthew Cate's motion to dismiss Plaintiff's claims under Federal Rule of Civil Procedure 12(b)(6) and for qualified immunity, originally noticed for Friday, November 2, 2012, at 1:30 p.m., shall be continued to Friday, November 9, 2012, at 1:30 p.m., or as soon thereafter as the matter may be heard before the Honorable Edward M. Chen, United States District Judge, in Courtroom 5 (17th

1

Stip. And [Proposed] Order Granting Continuance of Hearing (C 12-2078 EMC )

1  Floor) of the above-entitled court, located at the Federal Building, 450 Golden Gate Avenue,

2  California.  Good cause exists for this request as Plaintiff's counsel is located in Southern

3  California and to avoid to multiple appearances before this Court for two hearings that are

4  calendared one week apart.

5      SO STIPULATED:

7  DATED: October 30, 2012    LAW OFFICE OF GENE H. SHIODA

8      _s/ Gene H. Shioda_____
    GENE H. SHIODA
9      JAMES A. KIM
    JASON Y. LIE
10     *Attorneys for Plaintiff Paul Hoa*

12 DATED: October 30, 2012    GEARY, SHEA, O'DONNELL, GRATTAN, AND MITCHELL

14     _s/ John F. Geary_____
    JOHN F. GEARY
15     ROBERT W. HENKELS
    *Attorneys for Defendants*
16     *David F. Lopez, T. Gregory Stagnitto,*
    *Bridge Transport, Stag Leasing Inc.*

18 DATED: October 30, 2012    KAMALA D. HARRIS
19     Attorney General of California
    JAY M. GOLDMAN
20     Supervising Deputy Attorney General

21     _s/ Maneesh Sharma_____
    MANEESH SHARMA
22     Deputy Attorney General
    *Attorneys for Defendant*
23     *Matthew Cate*

24
25 PURSUANT TO STIPULATION, IT IS SO ORDERED.  The motion to dismiss is reset for 11/9/12 at 1:00 p.m.  The CMC is also reset from 11/9/12 at 9:00 a.m. to 1:00 p.m.  A joint CMC statement shall be filed by 11/2/12.

26 Dated: ~~October 31, 2012~~

    The Honorable Edward M. Chen
    United States District Court Judge

27 SF2012205056
28 20647182.doc

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

Stip. And [Proposed] Order ... Hearing (C 12-2078 EMC)

# CERTIFICATE OF SERVICE

Case Name:   **P. Hoa v. M. Cate, et al**            No.   **C 12-2078 EMC**

I hereby certify that on <u>October 30, 2012</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE ON HEARING OF DEFENDANT MATTHEW CATE'S MOTION TO DISMISS UNDER RULE 12(B)6 AND FOR QUALIFIED IMMUNITY**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>October 30, 2012</u>, at San Francisco, California.

|                        |                         |
|------------------------|-------------------------|
| L. Santos              | /s/ L. Santos           |
| Declarant              | Signature               |

20647373.doc