KAMALA D. HARRIS
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
MANEESH SHARMA
Deputy Attorney General
State Bar No. 280084
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5553
 Fax:  (415) 703-1234
 E-mail:  Maneesh.Sharma@doj.ca.gov
*Attorneys for Matthew Cate*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PAUL HOA,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW CATE, et al.,**<br><br>Defendants. | C 12-2078 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT OR MOTION FOR LEAVE TO AMEND**<br><br>Judge:         The Hon. Edward M. Chen<br>Trial Date:   None<br>Action Filed:  April 25, 2012 |

The parties, by and through their counsel or record, hereby agree and stipulate as follows:

1.    In its Order Granting Defendant's Motion to Dismiss, ECF No. 32, the Court granted Plaintiff Paul Hoa 120 days from November 9, 2012 to file a second amended complaint upon a stipulation by the affected parties, or to file a motion for leave to file a second amended complaint.

2.    Plaintiff served Special Interrogatories to dismissed party Matthew Cate.  Due to the fact that Cate requested additional time to respond to Special Interrogatories and not to prejudice the Plaintiff, at the request of Plaintiff's counsel, Defendants T. Gregory Stagnitto, Bridge Transport, Stag Leasing Inc., and David F. Lopez, by and through their counsel, stipulate that the

1

Stip. And [Proposed] Order Granting Extension Time(C 12-2078 EMC )

1  Plaintiff's time to file a second amended complaint upon a stipulation by the affected parties, or
2  to file a motion for leave to amend, shall be extended by fourteen (14) days from Monday March
3  11, 2013 to Monday March 25, 2013.
4      3.    Dismissed-party Matthew Cate, by and through his counsel, stipulates that he has no
5  objection to this fourteen (14) day extension.
6      4.    A Case Management Conference is currently set in this matter for March 21, 2013.
7  Plaintiff and Defendants wish to maintain that current hearing date and thus, the instant requested
8  time modification shall not affect the schedule for this case.  Dismissed party Cate has no
9  objection to this request.
10  SO STIPULATED:

12  DATED: February 12, 2013        LAW OFFICE OF GENE H. SHIODA

13                                                          _s/ Gene H. Shioda_____
14                                                          GENE H. SHIODA
                                                         JAMES A. KIM
15                                                          JASON Y. LIE
                                                        *Attorneys for Plaintiff Paul Hoa*

17  DATED: February 12, 2013        GEARY, SHEA, O'DONNELL, GRATTAN,
                                                        AND MITCHELL

19                                                          _s/ John F. Geary_____
                                                        JOHN F. GEARY
20                                                          ROBERT W. HENKELS
                                                        *Attorneys for Defendants*
21                                                          *David F. Lopez, T. Gregory Stagnitto,*
                                                        *Bridge Transport, Stag Leasing Inc.*

23
24  DATED: February 12, 2013        KAMALA D. HARRIS
                                                        Attorney General of California
25                                                          JAY M. GOLDMAN
                                                        Supervising Deputy Attorney General

26                                                          _s/ Maneesh Sharma_____
                                                        MANEESH SHARMA
27                                                          Deputy Attorney General
                                                        *Attorneys for*
28                                                          *Matthew Cate*

2

Stip. And [Proposed] Order Granting Extension Time(C 12-2078 EMC )

1
2   PURSUANT TO STIPULATION, IT IS SO ORDERED.
        2/20/13
3   Dated: _____

4                                           *IT IS SO ORDERED*
                                            Judge Edward M. Chen
5

6   SF2012205056
    20671020.doc
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Stip. And [Proposed] Order Granting Extension Time(C 12-2078 EMC )