UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL HOA,<br><br>        Plaintiff,<br><br>    v.<br><br>MATHEW CATE, et al.,<br><br>        Defendants. | Case No. 12-cv-02078 EMC (NC)<br><br>**ORDER SETTING HEARING RE: DISCOVERY**<br><br>Re: Dkt. No. 64 |

On May 10, 2013, Judge Chen issued an order denying plaintiff's motion for leave to amend the complaint without prejudice, and permitting plaintiff to conduct "narrowly tailored and focused discovery" to "explore whether there is a plausible basis for liability on the part of an employee or supervisor at the prison." Dkt. No. 64. Judge Chen referred the case to this Court for discovery. By May 29, 2013, the parties must meet and confer about what discovery should take place in accordance with Judge Chen's order, and must file in ECF a joint discovery plan that complies with this Court's civil standing order. The Court will hear the matter on June 5, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

    IT IS SO ORDERED.

    Date: May 13, 2013

                                                          Nathanael M. Cousins
                                                          United States Magistrate Judge