UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL HOA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATHEW CATE, et al.,<br><br>　　　　　Defendants. | Case No. 12-cv-02078 EMC (NC)<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE RE: MATHEW CATE'S MOTION FOR CLARIFICATION**<br><br>Re: Dkt. No. 66 |

This order addresses the "Motion for Clarification of Grant of Limited Discovery," filed by Mathew Cate in docket entry 66. Judge Chen referred discovery to the undersigned Magistrate Judge on May 10, 2013. Cate's discovery motion therefore should be directed to this Court. Plaintiff must respond to the Motion for Clarification by May 31, 2013. Any reply must be filed by June 3 and is limited to two pages. The Court will consider the Motion for Clarification at the June 5, 1:00 p.m. discovery hearing in this case in Courtroom A, 15th Floor.

　　IT IS SO ORDERED.

　　Date: May 24, 2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　United States Magistrate Judge