**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8   PAUL HOA,                                    No. C-12-2078 EMC
9            Plaintiff,
                                                 **ORDER RE CATE'S MOTION FOR**
10       v.                                      **RELIEF FROM NON-DISPOSITIVE**
                                                 **PRETRIAL ORDER OF MAGISTRATE**
11  MATHEW CATE, *et al.*,                       **JUDGE**
12           Defendants.                         **(Docket No. 79)**
    _____/
13
14
15       Nonparty Matthew Cate has filed a motion for relief from a discovery order issued by Judge
16  Cousins.  *See* Docket No. 148 (order).  The Court hereby orders Plaintiff Paul Hoa to file a response
17  to the motion by July 12, 2013.  *See* Civ. L.R. 72-2.  At this juncture, there shall be no reply brief or
18  a hearing on the motion for relief.
19
20       IT IS SO ORDERED.
21
22  Dated:  July 8, 2013
23
24                                               _____
                                                 EDWARD M. CHEN
25                                               United States District Judge
26
27
28