1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                     NORTHERN DISTRICT OF CALIFORNIA

7

8    PAUL HOA,                                 No. C-12-2078 EMC

9              Plaintiff,

                                               **ORDER RE CATE'S MOTION FOR**
10        v.                                   **RELIEF FROM NON-DISPOSITIVE**
                                               **PRETRIAL ORDER OF MAGISTRATE**
11   MATHEW CATE, *et al.*,                    **JUDGE**

12             Defendants.                     **(Docket No. 79)**
     _____/
13

14

15        Nonparty Matthew Cate has filed a motion for relief from a discovery order issued by Judge

16   Cousins.  *See* Docket No. 148 (order).  The Court hereby orders Plaintiff Paul Hoa to file a response

17   to the motion by July 12, 2013.  *See* Civ. L.R. 72-2.  At this juncture, there shall be no reply brief or

18   a hearing on the motion for relief.

19

20        IT IS SO ORDERED.

21

22   Dated:  July 8, 2013

23

24                                             _____
                                               EDWARD M. CHEN
25                                             United States District Judge

26

27

28