UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HOA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATHEW CATE, *et al.*,<br><br>　　　　Defendants._____/ | No. C-12-2078 EMC<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>**(Docket No. 105)** |

　　　　Currently pending before the Court is Plaintiff Paul Hoa's motion for relief from a discovery order issued by Judge Cousins. *See* Docket No. 99 (order). Having considered the motion, as well as all other evidence of record, the Court hereby **DENIES** the motion. *See* Civ. L.R. 72-2 (providing that a motion may be denied without ordering a response).

　　　　Under federal law, "[a] non-dispositve order entered by a magistrate [judge] must be deferred to unless it is 'clearly erroneous or contrary to law.'" *Grimes v. City & County of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991). When a district court reviews a magistrate judge's order, it "may not simply substitute its judgment for that of the [magistrate judge]." *Id.*

///
///
///
///
///
///

Here, Mr. Hoa does not claim that Judge Cousins acted contrary to law; rather, he has argued that Judge Cousins committed clear error. Mr. Hoa, however, has not met this standard. In addition to the reasons articulated by Judge Cousins, the Court also finds a deposition of Mr. Alioto unjustified given the lack of any evidence from which it could be inferred that Mr. Alioto acted with, *e.g.*, deliberate indifference as opposed to mere negligence. *See Starr v. Baca*, 652 F.3d 1202, 1205-06 (9th Cir. 2011).

This order disposes of Docket No. 105.

IT IS SO ORDERED.

Dated: September 16, 2013

_____
EDWARD M. CHEN
United States District Judge