1 | Gene H. Shioda, Bar No. 186780
2 | James A. Kim, Bar No. 220763
   | Jason Y. Lie, Bar No. 233614
3 | LAW OFFICE OF GENE H. SHIODA
   | 5757 West Century Blvd., Suite 700
4 | Los Angeles, California 90045
   | lawofficeofghs@yahoo.com
5 | Telephone: 310/348-7222
   | Fax: 310/348-7220
6 |
   | Attorneys for PLAINTIFF PAUL HOA
7 |
8 | John F. Geary (SBN 13777)
   | Raymond J. Fullerton (SBN 219264)
   | Robert W. Henkels (SBN 255410)
9 | GEARY, SHEA, O'DONNELL, GRATTAN, AND MITCHELL
   | 37 Old Courthouse Square, Fourth Floor
10 | Santa Rosa, CA 95404
    | Telephone: (707) 545-1660
11 | Fax: (707)545-1876
12 |
    | Attorneys for David F. Lopez, T. Gregory Stagnitto, Bridge Transport
13 | Stag Leasing, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PAUL HOA,** | C 12-2078 EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE FROM NOVEMBER 14, 2103 TO NOVEMBER 21, 2013** |
| v. | |
| **STAG LEASING, INC. , et al.,** | Dept: Courtroom 5, 17th Floor |
| Defendants. | Judge: Honorable Edward Chen |

1

1    Plaintiff Paul Hoa; and Defendants Stag Leasing, Inc., Bridge Transport,

2
3    David Lopez and Greg Stagnitto by and through their respective counsel, stipulates

4    to Plaintiff's Counsel's request to continue the Case Management Conference set

5    for November 14, 2013 at 10:30 AM be continued to November 21, 2013 at 1:30

6
7    PM (which is the same day and time for Plaintiff's Motion to Amend to Add

8    Additional Parties) due to Plaintiff's counsel being engaged in Trial in the matter of

9    *Nick Yeh v. Ellen Chesloff,* in the District Court of Fort Bend County, Texas 268th

10
11   Judicial District, Case No. 09-DCV-174184, which commences on November 12,

12   2013 and concludes on November 18, 2013.

13
14       SO STIPULATED:

15
16       DATED: October 25, 2013          LAW OFFICE OF GENE H. SHIODA

17                                        s/
                                          _____
         GENE H. SHIODA
18       JAMES A. KIM
         JASON Y. LIE
19       *Attorneys for Plaintiff Paul Hoa*

20                                        John F. Geary
                                          Robert W. Henkels
21                                        GEARY, SHEA, O'DONNEL, GRATTAN,
                                          AND MITCHELL
22
23   Dated: October 25, 2013             s/
                                         _____
         John F. Geary
24       Robert W. Henkels
         Attorneys for
25       David F. Lopez, T. Gregory Stagnitto,
         Bridge Transport, Stag Leasing, Inc.
26
27
28
                                          2

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case

Management Conference Set for November 14, 2013 at 10:30 AM be continued to

November 21, 2013 to 1:30 PM in the same Department.

Dated:   October 28, 2013

The Honorable Edward Chen
United States District Judge