Gene H. Shioda, Bar No. 186780
James A. Kim, Bar No. 220763
Jason Y. Lie, Bar No. 233614
LAW OFFICE OF GENE H. SHIODA
5757 West Century Blvd., Suite 700
Los Angeles, California 90045
lawofficeofghs@yahoo.com
Telephone: 310/348-7222
Fax: 310/348-7220

Attorneys for PLAINTIFF PAUL HOA

John F. Geary (SBN 13777)
Raymond J. Fullerton (SBN 219264)
Robert W. Henkels (SBN 255410)
GEARY, SHEA, O'DONNELL, GRATTAN, AND MITCHELL
37 Old Courthouse Square, Fourth Floor
Santa Rosa, CA 95404
Telephone: (707) 545-1660
Fax: (707)545-1876

Attorneys for David F. Lopez, T. Gregory Stagnitto, Bridge Transport Stag Leasing, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL HOA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STAG LEASING, INC., et al.,<br><br>　　　　　　　　　Defendants. | C 12-2078 EMC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE FROM NOVEMBER 14, 2103 TO NOVEMBER 21, 2013**<br><br>Dept: Courtroom 5, 17th Floor<br>Judge: Honorable Edward Chen |

1

Plaintiff Paul Hoa; and Defendants Stag Leasing, Inc., Bridge Transport, David Lopez and Greg Stagnitto by and through their respective counsel, stipulates to Plaintiff's Counsel's request to continue the Case Management Conference set for November 14, 2013 at 10:30 AM be continued to November 21, 2013 at 1:30 PM (which is the same day and time for Plaintiff's Motion to Amend to Add Additional Parties) due to Plaintiff's counsel being engaged in Trial in the matter of *Nick Yeh v. Ellen Chesloff,* in the District Court of Fort Bend County, Texas 268th Judicial District, Case No. 09-DCV-174184, which commences on November 12, 2013 and concludes on November 18, 2013.

SO STIPULATED:

DATED: October 25, 2013          LAW OFFICE OF GENE H. SHIODA

                                                                   s/
                                                            GENE H. SHIODA
                                                            JAMES A. KIM
                                                            JASON Y. LIE
                                                            *Attorneys for Plaintiff Paul Hoa*

                                                            John F. Geary
                                                            Robert W. Henkels
                                                            GEARY, SHEA, O'DONNEL, GRATTAN, AND MITCHELL

Dated: October 25, 2013          s/
                                                            John F. Geary
                                                            Robert W. Henkels
                                                            Attorneys for
                                                            David F. Lopez, T. Gregory Stagnitto, Bridge Transport, Stag Leasing, Inc.

1
2  **PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Case
3  Management Conference Set for November 14, 2013 at 10:30 AM be continued to
4  November 21, 2013 to 1:30 PM in the same Department.
5
6
7  Dated: October 28, 2013
   _____
   The Honorable Edward Chen
8  United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE
FROM NOVEMBER 14, 2103 TO NOVEMBER 21, 2013