| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | JAY M. GOLDMAN<br>Supervising Deputy Attorney General |
| 3 | JAMES J. JIRN<br>MANEESH SHARMA |
| 4 | Deputy Attorney General<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 703-5553 |
| 6 |  Fax:  (415) 703-1234<br> E-mail:  Maneesh.Sharma@doj.ca.gov |
| 7 | *Attorneys for R. Riley, T. Foss, G. Moon, T. Alioto, D. Moore, R. Chan, and R. Matteucci* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **NANCY TAN, Guardian Ad-Litem for PAUL HOA,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD RILEY, et al.,**<br><br>Defendants. | C 12-2078 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:     The Hon. Edward M. Chen<br>Trial Date:    None<br>Action Filed:  April 25, 2012 |

The parties, by and through their counsel of record, hereby agree and stipulate as follows:

1. During the November 21, 2013 hearing, the Court directed the parties to meet and confer on a briefing schedule for 12(b) motions. (Minute Order ECF 116.) The parties agree to the following schedule:

    (a) Defendants R. Riley, T. Foss, G. Moon, D. Moore, T. Alioto, R. Chan, and R. Matteucci (collectively "State Defendants") will file responsive motions on or before March 7, 2014;

    (b) Plaintiff's opposition, if any, to State Defendants' motion(s) will be filed on or before March 21, 2014;

1

1  (c) State Defendants' reply to Plaintiff's opposition, if any, will be filed on or before
2  April 4, 2014.
3  (d) State Defendants' motion(s) will be heard on A~~pril 24, 2014~~. May 9, 2014 at 1:30 p.m.
4  2. A case management conference is currently set for February 20, 2014. In light of the
5  agreed upon briefing schedule, the parties stipulate to continue the case management conference
6  to A~~pril 24, 2014~~. May 9, 2014 at 1:30 p.m.

8  SO STIPULATED:

10  DATED: February 12, 2014                LAW OFFICE OF GENE H. SHIODA

11                                           _s/ Gene H. Shioda_____
                                             GENE H. SHIODA
12                                           JAMES A. KIM
                                             JASON Y. LIE
13                                           *Attorneys for Plaintiff Paul Hoa*

15  DATED: February 12, 2014                GEARY, SHEA, O'DONNELL, GRATTAN,
                                             AND MITCHELL

17                                           _s/ John F. Geary_____
                                             JOHN F. GEARY
18                                           ROBERT W. HENKELS
                                             *Attorneys for Defendants*
19                                           *David F. Lopez, T. Gregory Stagnitto,*
                                             *Bridge Transport, Stag Leasing Inc.*

21  DATED: February 12, 2014                KAMALA D. HARRIS
22                                           Attorney General of California
                                             JAY M. GOLDMAN
23                                           Supervising Deputy Attorney General

24                                           _s/ Maneesh Sharma_____
                                             MANEESH SHARMA
25                                           Deputy Attorney General
                                             *Attorneys for*
26                                           *R. Riley, T. Foss, G. Moon, T. Alioto, D. Moore,*
                                             *R. Chan, and R. Matteucci*

28

2

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED.  (as modified on p.2)

2 | Dated: 2/14/14

3 | _____
The Honorable Edward M. Chen
United States District Court Judge

4 |

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

5 |

6 | SF2012205056
40891283.doc

---

3

Stip. And [Proposed] Order Setting Briefing Sched. and Continuing Case Man. Conf.(C 12-2078 EMC )

# CERTIFICATE OF SERVICE

Case Name:   **Hoa v. Cate, et al**           No.   **C 12-2078 EMC**

I hereby certify that on February 13, 2014, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CASE MANAGEMENT CONFERENCE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On February 13, 2014, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

James Alexander Kim
Law Officeof Gene H. Shioda
5757 West Century Boulevard
Suite 700
Los Angeles, CA 90045

Jason Yau Lie
Law Office of Gene H. Shioda
5757 West Century Boulevard
Suite 700
Los Angeles, CA 90045

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 13, 2014, at San Diego, California.

|  C. Scott  |  *[signature]*  |
|  Declarant  |  Signature  |

80870277.doc