1  KAMALA D. HARRIS
   Attorney General of California
2  PATRICK R. MCKINNEY
   Supervising Deputy Attorney General
3  JAMES J. JIRN, SBN. 241189
   MANEESH SHARMA, SBN. 280084
4  Deputy Attorneys General
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5553
6    Fax:  (415) 703-1234
     E-mail:  Maneesh.Sharma@doj.ca.gov
7  *Attorneys for Defendants*
   *D. Moore, R. Chan, R. Riley, T. Foss, G. Moon, T.*
8  *Alioto and R. Matteucci*

9

                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13

14  **NANCY TAN, Guardian Ad-Litem for**          C 12-2078 EMC
    **PAUL HOA,**
15                                                **STIPULATION AND [PROPOSED]**
                                       Plaintiff, **ORDER GRANTING EXTENSION OF**
16                                                **TIME FOR DEFENDANTS TO ANSWER**
                                                  **PLAINTIFF'S THIRD AMENDED**
17            v.                                  **COMPLAINT**

18  **RICHARD RILEY, et al.,**                    Courtroom:    5
                                                  Judge:        The Hon. Edward M. Chen
19                                    Defendants.  Trial Date:   None
                                                  Action Filed: April 25, 2012
20

21
            On May 23, 2014 the Court granted in part and denied in part Defendants D. Moore, R.
22
    Chan, R. Riley, T. Foss, G. Moon, T. Alioto and R. Matteucci's (collectively "State Defendants")
23
    motion to dismiss Plaintiff's Third Amended Complaint (TAC).  The parties, Plaintiff Paul Hoa,
24
    State Defendants, and Defendants T. Gregory Stagnitto, Bridge Transport, Stag Leasing Inc., and
25
    David F. Lopez, by and through their respective counsel, stipulate that the time for all Defendants
26
    to file an answer to Plaintiff's TAC is extended to June 23, 2014.
27

28
                                                1

                  Stip. And [Proposed] Order Extending Time for Defs.' Answers  (C 12-2078 EMC )

1   SO STIPULATED:

2

3   DATED: May 28, 2014          LAW OFFICE OF GENE H. SHIODA

4                                   s/ Gene H. Shioda_____
                                  GENE H. SHIODA
5                                 JAMES A. KIM
                                  JASON Y. LIE
6                                 *Attorneys for Plaintiff Paul Hoa*

7

8   DATED: May 28, 2014          GEARY, SHEA, O'DONNELL, GRATTAN, AND
                                      MITCHELL
9

10                                  s/ John F. Geary_____
                                  JOHN F. GEARY
11                                ROBERT W. HENKELS
                                  *Attorneys for Defendants*
12                                *David F. Lopez, T. Gregory Stagnitto,*
                                  *Bridge Transport, Stag Leasing Inc.*
13

14  DATED: May 28, 2014          KAMALA D. HARRIS
                                  Attorney General of California
15                                PATRICK R. McKINNEY
                                  Supervising Deputy Attorney General
16

17                                  s/ Maneesh Sharma_____
                                  MANEESH SHARMA
18                                JAMES J. JIRN
                                  Deputy Attorney General
19                                *Attorneys for Defendants*
                                  *D. Moore, R. Chan, R. Riley, T. Foss, G. Moon,*
20                                *T. Alioto and R. Matteucci*

21  PURSUANT TO STIPULATION, IT IS SO ORDERED.

22
                                  5/29/14
23  Dated: _____

24

25  SF2012205056
26  40977585.doc

27

28

                                  2

Stip. And [Proposed] Order Extending Time for Defs.' Answers  (C 12-2078 EMC )

# CERTIFICATE OF SERVICE

Case Name:   **Tan, Nancy, Guardian Ad-Litem**      No.      **C 12-2078 EMC**
              **for Paul Hoa v. Riley, et al.**

I hereby certify that on <u>May 28, 2014</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO ANSWER PLAINTIFF'S THIRD AMENDED COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>May 28, 2014</u>, at San Francisco, California.


L. Santos                                             */s/ L. Santos*
Declarant                                             Signature


40978772.doc