JOHN F. GEARY, ESQ. SBN 137777
RAYMOND J. FULLERTON. SBN 219264
ROBERT W. HENKELS, ESQ. SBN 255410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: 707/545-1660
Facsimile: 707/545-1876

Attorneys for Defendants
DAVID F. LOPEZ, T. GREGORY STAGNITTO;
BRIDGE TRANSPORT, STAG LEASING INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HOA, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>RICHARD RILEY, an individual; et. al.<br><br>  Defendants. | CASE NO.: CV 12 2078 EMC<br><br>**PLAINTIFF AND NON-STATE DEFENDANTS STIPULATION TO EXTEND TIME TO ANSWER THIRD AMENDED COMPLAINT; ORDER THEREON** |

Pursuant to Northern District Local Rule 6-1, plaintiff and the defendants DAVID F. LOPEZ, T. GREGORY STAGNITTO, BRIDGE TRANSPORT, and STAG LEASING INC., through their respective counsel, agree and stipulate as follows:

1. Plaintiff PAUL HOA filed his original complaint on April 25, 2012, and filed an Amended Complaint on July 27, 2012. Defendants DAVID F. LOPEZ, T. GREGORY STAGNITTO, BRIDGE TRANSPORT, and STAG LEASING INC. filed an answer to the First Amended Complaint on September 13, 2012.

2. This Court issued its Order denying codefendant's Motion to Dismiss the Third Amended Complaint on May 23, 2014. The parties agreed to answer the Third Amended Complaint by June 23, 2014.

3. Plaintiff and defendants DAVID F. LOPEZ, T. GREGORY STAGNITTO, BRIDGE TRANSPORT, and STAG LEASING INC. have agreed to extend the time to answer the Third

LAW OFFICES OF
Geary,
Shea,
O'donnell,
Grattan &
mitchell
p.c.

Amended Complaint to **Friday, June 27, 2014.**

4. This extension of time does not alter any other dates or events already fixed by the Court.

**IT IS SO STIPULATED.**

DATED: June 23, 2014

LAW OFFICE OF GENE H. SHIODA

_____/s/_____
GENE H. SHIODA
Attorneys for Plaintiff
PAUL HOA

DATED: June 23, 2014

GEARY SHEA O'DONNELL
GRATTAN & MITCHELL, PC

_____/s/_____
ROBERT W. HENKELS
Attorneys for Defendants
DAVID F. LOPEZ, T. GREGORY STAGNITTO;
BRIDGE TRANSPORT, and STAG LEASING INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: June 25, 2014

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
Stipulation to Answer Third Amended Complaint