
JOHN F. GEARY, ESQ. SBN 137777
RAYMOND J. FULLERTON. SBN 219264
ROBERT W. HENKELS, ESQ. SBN 255410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: 707/545-1660
Facsimile: 707/545-1876

Attorneys for Defendants
DAVID F. LOPEZ, T. GREGORY STAGNITTO;
BRIDGE TRANSPORT, STAG LEASING INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HOA, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RICHARD RILEY, an individual; et. al.<br><br>　　　　Defendants. | CASE NO.: CV 12 2078 EMC<br><br>**PLAINTIFF AND NON-STATE DEFENDANTS STIPULATION TO EXTEND TIME TO ANSWER THIRD AMENDED COMPLAINT; ORDER THEREON** |

　　　　Pursuant to Northern District Local Rule 6-1, cross-plaintiffs RICHARD RILEY, RAYMOND MATEUCCI, DAVID MOORE, RONALD CHAN, TAMMY FOSS, THOMAS ALIOTO, and GEORGE MOON ("Cross-Plaintiffs") and cross-defendants DAVID F. LOPEZ, T. GREGORY STAGNITTO, BRIDGE TRANSPORT, and STAG LEASING INC ("Cross-Defendants"), through their respective counsel, agree and stipulate as follows:

　　　　1.　　Cross-Plaintiffs filed a Cross-claim for Equitable Indemnity, Contribution, and Declaratory Relief against Cross-Defendants on June 23, 2014.

　　　　2.　　Cross-Plaintiffs and Cross-Defendants hereby agree to extend Cross-Defendants' time to respond to the Cross-Claim to July 28, 2014.

　　　　3.　　The Court has set this matter for a further CMC on October 9, 2014. Thus, this extension of time does not alter any other dates or events already fixed by the Court.

**IT IS SO STIPULATED.**

DATED: July 17, 2014         KAMALA D. HARRIS
                             Attorney General of California
                             PATRICK R. MCKINNEY
                             Supervising Deputy Attorney General


                             _____/s/_____
                             MANEESH SHARMA
                             JAMES J. JIRN
                             Attorneys for Defendants and Cross-Plaintiffs
                             RICHARD RILEY, RAYMOND MATEUCCI,
                             DAVID MOORE, RONALD CHAN,TAMMY FOSS,
                             THOMAS ALIOTO,  and GEORGE MOON


DATED: July 17, 2014         GEARY SHEA O'DONNELL
                             GRATTAN & MITCHELL, PC


                             _____/s/_____
                             ROBERT W. HENKELS
                             Attorneys for Defendants
                             DAVID F. LOPEZ, T. GREGORY STAGNITTO;
                             BRIDGE TRANSPORT, and STAG LEASING
                             INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date:    July 22, 2014

GRANTED
Judge Edward M. Chen
United States District Judge