JOHN F. GEARY, ESQ. SBN 137777
RAYMOND J. FULLERTON. SBN 219264
ROBERT W. HENKELS, ESQ. SBN 255410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California  95404
Telephone:    707/545-1660
Facsimile:     707/545-1876

Attorneys for Defendants
DAVID F. LOPEZ, T. GREGORY STAGNITTO;
BRIDGE TRANSPORT, STAG LEASING INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HOA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD RILEY, an individual; et. al.<br><br>    Defendants. | CASE NO.:  CV 12 2078 EMC<br><br>**SECOND STIPULATION TO EXTEND TIME TO ANSWER CROSS-CLAIM FOR INDEMNITY; ORDER THEREON** |

Pursuant to Northern District Local Rule 6-1, cross-plaintiffs RICHARD RILEY, RAYMOND MATEUCCI, DAVID MOORE, RONALD CHAN, TAMMY FOSS, THOMAS ALIOTO, and GEORGE MOON ("Cross-Plaintiffs") and cross-defendants DAVID F. LOPEZ, T. GREGORY STAGNITTO, BRIDGE TRANSPORT, and STAG LEASING INC ("Cross-Defendants") , through their respective counsel, agree and stipulate as follows:

1.    Cross-Plaintiffs filed a Cross-claim for Equitable Indemnity, Contribution, and Declaratory Relief against Cross-Defendants on June 23, 2014.

2.    Cross-Plaintiffs and Cross-Defendants continue to evaluate the legal basis for opposing claims for equitable indemnity given nature of allegations filed by Plaintiff PAUL HOA.

3.    In order to allow Cross-Defendants sufficient time to evaluate Cross-Claim and for parties to meet and confer as to same, and given lack of prejudice and current schedule, Cross-Plaintiffs and Cross-Defendants hereby agree to extend Cross-Defendants' time to respond to the Cross-Claim to August 4, 2014.

4. The Court has set this matter for a further CMC on October 9, 2014. Thus, this extension of time does not alter any other dates or events already fixed by the Court.

**IT IS SO STIPULATED.**

DATED: July 28, 2014

KAMALA D. HARRIS
Attorney General of California
PATRICK R. MCKINNEY
Supervising Deputy Attorney General

_____/s/_____
MANEESH SHARMA
JAMES J. JIRN
Attorneys for Defendants and Cross-Plaintiffs
RICHARD RILEY, RAYMOND MATEUCCI, DAVID MOORE, RONALD CHAN, TAMMY FOSS, THOMAS ALIOTO, and GEORGE MOON

DATED: July 28, 2014

GEARY SHEA O'DONNELL
GRATTAN & MITCHELL, PC

_____/s/_____
ROBERT W. HENKELS
Attorneys for Defendants
DAVID F. LOPEZ, T. GREGORY STAGNITTO; BRIDGE TRANSPORT, and STAG LEASING INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date:   July 30, 2014

_____
IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA