1  KAMALA D. HARRIS
   Attorney General of California
2  PATRICK R. MCKINNEY
   Supervising Deputy Attorney General
3  MANEESH SHARMA, SBN. 280084
   Deputy Attorneys General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 703-5553
    Fax:  (415) 703-1234
6   E-mail:  Maneesh.Sharma@doj.ca.gov
   *Attorneys for Defendants*
7  *D. Moore, R. Chan, R. Riley, T. Foss, G. Moon, T.
   Alioto and R. Matteucci*
8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 
14 **NANCY TAN, Guardian Ad-Litem for        C 12-2078 EMC
   PAUL HOA,**
15                                          **STIPULATION AND ORDET
                            Plaintiff,      GRANTING EXTENSION OF
16                                          TIME FOR PARTIES TO COMPLETE
          v.                                PRE-DISCOVERY MEDIATION AND
17                                          CONTINUANCE OF CASE
                                            MANAGEMENT CONFERENCE**
18 **RICHARD RILEY, et al.,**
                                            Courtroom:    5
                            Defendants.     Judge:        The Hon. Edward M. Chen
19                                          Trial Date:   None
                                            Action Filed: April 25, 2012
20

21

22       On May 16, 2014, following a hearing on Defendants D. Moore, R. Chan, R. Riley, T. Foss,

23 G. Moon, T. Alioto and R. Matteucci's (collectively "State Defendants") motion to dismiss

24 Plaintiff's Third Amended Complaint (TAC), the Court referred the parties to private mediation

25 and ordered that mediation was to be completed within ninety (90) days.[1] (ECF 132.)

26

27 _____
       [1] State Defendants' motion to dismiss was taken under submission and on May 23, 2014,
28 the Court granted in part and denied in part State Defendants' motion. (ECF 133.)

                                            1

1  The parties, Plaintiff Paul Hoa, State Defendants, and Defendants T. Gregory Stagnitto, Bridge Transport, Stag Leasing Inc., and David F. Lopez, by and through their respective counsel, have agreed to participate in private mediation and stipulate that the time for the parties to complete a pre-discovery mediation be extended to November 13, 2014.  The parties further request that the Case Management Conference set for October 2, 2014, be continued to December 11, 2014.

SO STIPULATED:

DATED: August 14, 2014              LAW OFFICE OF GENE H. SHIODA

                                     _s/ Gene H. Shioda_____
                                     GENE H. SHIODA
                                     JAMES A. KIM
                                     JASON Y. LIE
                                     *Attorneys for Plaintiff Paul Hoa*


DATED: August 14, 2014              GEARY, SHEA, O'DONNELL, GRATTAN,
                                     AND MITCHELL

                                     _s/ John F. Geary_____
                                     JOHN F. GEARY
                                     ROBERT W. HENKELS
                                     *Attorneys for Defendants*
                                     *David F. Lopez, T. Gregory Stagnitto,*
                                     *Bridge Transport, Stag Leasing Inc.*


DATED: August 14, 2014              KAMALA D. HARRIS
                                     Attorney General of California
                                     PATRICK R. MCKINNEY
                                     Supervising Deputy Attorney General

                                     _s/ Maneesh Sharma_____
                                     MANEESH SHARMA
                                     Deputy Attorney General
                                     *Attorneys for Defendants*
                                     *D. Moore, R. Chan, R. Riley, T. Foss, G. Moon,*
                                     *T. Alioto and R. Matteucci*

2

Stip. And [Proposed] Order Extending Time to Complete Mediation and Continuing CMC (C 12-2078 EMC )

1  
2  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  Dated:   August 15, 2014

4  _____
The Honorable Edward M. Chen
United States District Court Judge

5  
6  SF2012205056
41050392.doc

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]*

3