Gene H. Shioda, Bar No. 186780
James A. Kim, Bar No. 220763
Jason Y. Lie, Bar No. 233614
LAW OFFICE OF GENE H. SHIODA
5757 West Century Blvd., Suite 700
Los Angeles, California 90045
lawofficeofghs@yahoo.com
Telephone: (310) 348-7222
Fax: (310) 348-7220

Attorneys for PLAINTIFF
PAUL HOA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HOA, an individual. | ) Case No. 3:12-cv-02078-EMC |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE ) STATUS CONFERENCE FROM ) JUNE 18, 2015 TO JUNE 25, 2015. |
| STATE OF CALIFORNIA, et al., | ) |
| Defendants. | ) |

### STIPULATION TO CONTINUE STATUS CONFERENCE

**IT IS HEREBY STIPULATED** by all parties pursuant to the Plaintiff's counsel's request to continue the status conference currently set to be held on June 18, 2015 at 10:30 A.M. to June 25, 2015, at 10:30 A.M. or as soon thereafter on the grounds that Plaintiff's counsel is not available due to a prepaid vacation, which he is expected to return on June 24, 2015.

1

PLAINTIFF'S STIPULATION AND ORDER UPON STIPULATION

SO STIPULATED:

Date: June \_\_\_\_, 2015					/S/ _____
								Gene H. Shioda,
								Counsel for Plaintiff,
								PAUL HOA

Date: June \_\_\_\_, 2015					/S/ _____
								 Maneesh Sharma
								Counsel for Defendants,
								"State Defendants"

Date: June \_\_\_\_, 2015					/S/ _____
								John Geary
								Counsel for Defendants,
								Non State Defendants

PLAINTIFF'S STIPULATION AND ORDER UPON STIPULATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HOA, an individual. | ) Case No. 3:12-cv-02078-EMC |
| | ) |
| Plaintiff, | ) |
| | ) ORDER UPON STIPULATION |
| vs. | ) |
| | ) |
| STATE OF CALIFORNIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY ORDERED, based on the signed stipulation of the parties in the above action, the status conference set for June 18, 2015 shall be continued to ~~June 25~~, July 2, 2015 at 10:30 AM.

SO ORDERED.

Date: 6/8 , 2015

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

PLAINTIFF'S STIPULATION AND ORDER UPON STIPULATION