Gene H. Shioda, Bar No. 186780
James A. Kim, Bar No. 220763
Jason Y. Lie, Bar No. 233614
LAW OFFICE OF GENE H. SHIODA
5757 West Century Blvd., Suite 700
Los Angeles, California 90045
lawofficeofghs@yahoo.com
Telephone: 310/348-7222
Fax: 310/348-7220
Attorneys for PLAINTIFF PAUL HOA

John F. Geary (SBN 13777)
Raymond J. Fullerton (SBN 219264)
Robert W. Henkels (SBN 255410)
GEARY, SHEA, O'DONNELL, GRATTAN, AND MITCHELL
37 Old Courthouse Square, Fourth Floor
Santa Rosa, CA 95404
Telephone: (707) 545-1660
Fax: (707)545-1876
Attorneys for David F. Lopez, T. Gregory Stagnitto, Bridge Transport Stag Leasing, Inc.

KAMALA D. HARRIS
Attorney General of California
MARISA Y. KIRSCHENBAUER
Supervising Deputy Attorney General
MANEESH SHARMA (SBN: 280084)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
Telephone: (415) 703-5553
Fax: (415) 703-1234
Attorneys for DEFENDANTS Richard Riley, et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL HOA, an individual.<br><br>Plaintiff, | Case No.   3:12-cv-02078-EMC |

1

**JOINT CASE MANAGEMENT STATEMENT**

|  |  |
|---|---|
| vs.<br><br>RICHARD RILEY, an individual; RONALD CHAN, an individual; DAVID MOORE, an individual; RAYMOND MATTEUCCI, an individual; THOMAS ALIOTO, an individual; GEORGE MOON, an individual; TAMMY FOSS, an individual, DAVID F. LOPEZ, an individual; T. GREGORY STAGNITTO, an individual; BRIDGE TRANSPORT, an entity of unknown form; STAG LEASING, INC., a California corporation; and DOES 1 to 20, Inclusive.<br><br>                    Defendants. | **JOINT STATUS CONFERENCE STATEMENT**<br><br>Date: November 20, 2014<br>Time: 10:30 AM<br>Dept: Courtroom 5, 17th Floor<br>Judge: Honorable Edward Chen |

The parties to the above-entitled action jointly submit this JOINT STATUS CONFERENCE STATEMENT pursuant to the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9.

The matter is currently stayed due to the pending settlement with all the parties as ordered by the Court on or about October 6, 2015.   As a follow up, Plaintiff counsel received the settlement approval from PVC counsel and the State Conservator Court for Plaintiff Paul Hoa.   Accordingly, Paul Hoa is ready to proceed to resolve the matter.

Defendants RILEY, CHAN, MOORE, MATTEUCCI, ALIOTO, MOON, and FOSS (collectively State Defendants) are diligently working to finalize approval of the proposed settlement and request an extension of the stay for an additional

thirty days.

    Defendants STAGNITTO, BRIDGE TRANSPORT, and STAG LEASING, INC., Non-State defendants anticipate having a response during the week of the 16th, before the CMC hearing.

|  |  |
|---|---|
|  | LAW OFFICE OF GENE H. SHIODA |
| Dated: November 13, 2015 | By: _____/S/_____ <br> Gene H. Shioda <br> James A. Kim <br> Jason Y. Lie <br> Attorneys for Plaintiff PUAL HOA |
|  | John F. Geary <br> Robert W. Henkels <br> GEARY, SHEA, O'DONNEL, GRATTAN, AND MITCHELL |
| Dated: November 13, 2015 | By:_____//S//_____ <br> John F. Geary <br> Robert W. Henkels <br> Attorneys for <br> David F. Lopez, T. Gregory Stagnitto, Bridge Transport, Stag Leasing, Inc. |
|  | KAMALA D. HARRIS <br> Attorney General of California <br> MARISA Y. KIRSCHENBAUER <br> Supervising Deputy Attorney General <br> MANEESH SHARMA <br> Deputy Attorney General |
| Dated: November 13, 2015 | By:___/s/_____ <br> Maneesh Sharma <br> Attorneys for <br> Defendants Identified as State Defendants |

IT IS SO ORDERED that the Status Conference is reset from 11/20/15 to 12/17/15 at 10:30 am. An updated joint status conference statement shall be filed by 12/10/15.
_____
Edward M. Chen
U.S. District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

3
**JOINT CASE MANAGEMENT STATEMENT**