1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HOA, an individual. | Case No.   3:12-cv-02078-EMC |
| Plaintiff, | |
| vs. | |
| RICHARD RILEY, an individual; RONALD CHAN, an individual; DAVID MOORE, an individual; RAYMOND MATTEUCCI, an individual; THOMAS ALIOTTO, an individual; GEORGE MOON, an individual; TAMMY FOSS, an individual, DAVID F. LOPEZ , an individual; T. GREGORY STAGNITTO, an individual; BRIDGE TRANSPORT, an entity of unknown form; STAG LEASING, INC., a California corporation; and DOES 1 to 20, Inclusive. | **ORDER FOR DISMISSAL** |
| Defendants. | |

1
2      The Court is dismissing the above action with prejudice as to all parties and
3  each party to bear his/its own attorneys' fees and costs.
4
5
6              March 1
7  Dated: ~~February~~_____, 2016          By: 
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**ORDER FOR DISMISSAL**